UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
MAXINE FREELAND,

                        Plaintiff,

-against-

SISAO LLC and ELIEZAR SHARABI,

                        Defendants.
---------------------------------------------------X

2007 Civ. 3741 (CPS) (SMG)

**ATTORNEY'S DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

MCIHAEL L. WEISBERG, an attorney duly admitted to practice before this Court, does hereby declare and say under penalty of perjury:

1. I am of counsel to JOHN C. GRAY, JR., ESQ., SOUTH BROOKLYN LEGAL SERVICES, INC., 105 Court Street, Brooklyn, New York, attorneys for Plaintiff MAXINE FREELAND herein, and as such I am familiar with the facts and circumstances of this case.

2. I submit this declaration in opposition to Defendants' motion to dismiss the complaint.

3. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

Dated: February 6, 2008
       Brooklyn, New York

                                  JOHN C. GRAY, ESQ.
                                  SOUTH BROOKLYN LEGAL SERVICES, INC.
                                  Attorneys for Plaintiff Maxine Freeland

                                  _____
                                  MICHAEL L. WEISBERG (MW8388)
                                  105 Court Street
                                  3rd Floor
                                  Brooklyn, New York 11201
                                  (718) 237-5531